UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,   Case No. 8:17-cr-174-T-27MAP

    Plaintiff,   ☐
    Government ☒   ☐ Evidentiary
                                   ☒ Trial
v.   ☐ Other

JASON JEROME SPRINGER

    Defendant   ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Shooters World Firearm Rental Form |
| 2 | | | | Shooters World Liability Waiver in the name of Jason Jerome Springer |
| 3 | | | | Shooters World Liability Waiver in the name of Tugba Tokatlioglu |
| 4 | | | | Shooters World Liability Waiver in the name of Garrett Dale Cross |
| 5A | | | | Surveillance video with starting time stamp 17:31 |
| 5B | | | | Surveillance video with starting time stamp 17:41 |
| 5C | | | | Surveillance video with starting time stamp 18:16 |
| 5D | | | | Surveillance video with starting time stamp 18:44 |
| 5E | | | | Surveillance video with starting time stamp 19:08 |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 5F | | | | Surveillance video of person firing gun |
| 5G | | | | Surveillance video screen captures |
| 6 | | | | Photo of Glock rental firearm |
| 7A | | | | Certified document from Middle District of Florida Case No. 8:16-cr-541 – Docket Sheet |
| 7B | | | | Certified document from Middle District of Florida Case No. 8:16-cr-541 – Order of Detention |
| 7C | | | | Certified document from Middle District of Florida Case No. 8:16-cr-541 – Information |
| 7D | | | | Certified documents from Middle District of Florida Case No. 8:16-cr-541 – Superseding Indictment |
| 7E | | | | Certified document from Middle District of Florida Case No. 8:16-cr-541 – April Trial Calendar |
| 7F | | | | Certified document from Middle District of Florida Case No. 8:16-cr-541 – Change of Plea Minutes |
| 8 | | | | Garrett Cross trial subpoena from Middle District of Florida Case No. 8:16-cr-541 |
| 9 | | | | Chasity Cross trial subpoena from Middle District of Florida Case No. 8:16-cr-541 |
| 10 | | | | Clip of January 4, 2017 recorded jail call from Pinellas County Jail |
| 10T | | | | Transcript of clip of January 4, 2017 recorded jail call from Pinellas County Jail |
| 11 | | | | December 19, 2016 recorded jail call from Pinellas County Jail |
| 11T | | | | Transcript of December 19, 2016 recorded jail call from Pinellas County Jail |
| 12.1 | | | | Clip #1 of January 23, 2017 recorded jail call from Pinellas County Jail |
| 12.1T | | | | Transcript of clip #1 of January 23, 2017 recorded jail call from Pinellas County Jail |
| 12.2 | | | | Clip #2 of January 23, 2017 recorded jail call from Pinellas County Jail |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 12.2T | | | | Transcript of clip #2 of January 23, 2017 recorded jail call from Pinellas County Jail |
| 13 | | | | April 5, 2017 recorded jail call from Hernando County Jail |
| 13T | | | | Transcript of April 5, 2017 recorded jail call from Hernando County Jail |
| 14 | | | | April 6, 2017 recorded jail call from Hernando County Jail |
| 14T | | | | Transcript of April 6, 2017 recorded jail call from Hernando County Jail |
| 15 | | | | Executive Order 13769 |
| 16 | | | | Pictures of Quran and "Notes" pages |
| 17 | | | | Certified documents from Middle District of Florida Case No. 8:12-cr-205 (Harris) |
| 18.1 | | | | Clip #1 of audio of March 7, 2017 interview |
| 18.1T | | | | Transcript of clip #1 March 7, 2017 interview |
| 18.2 | | | | Clip #2 of audio of March 7, 2017 interview |
| 18.2T | | | | Transcript of clip #2 March 7, 2017 interview |
| 18.3 | | | | Clip #3 of audio of March 7, 2017 interview |
| 18.3T | | | | Transcript of clip #3 March 7, 2017 interview |
| 19 | | | | Extraction report from iPhone assigned telephone number 813-947-0709 |
| 19A | | | | Phone call log from iPhone assigned telephone number 813-947-0709 |
| 19B | | | | Phone call log from iPhone assigned telephone number 813-947-0709 between April 5 and April 10 |
| 19C | | | | Select call records extracted from iPhone assigned telephone number 813-947-0709 |
| 19D | | | | Select contacts extracted from iPhone assigned telephone number 813-947-0709 |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 20 | | | | Extraction report from iPhone assigned telephone number 813-947-0127 |
| 20A | | | | Report details of certain image files from iPhone assigned telephone number 813-947-0127 |
| 20B | | | | Image 60 extracted from iPhone assigned telephone number 813-947-0127 |
| 20C | | | | Image 115 extracted from iPhone assigned telephone number 813-947-0127 |
| 20D | | | | Image 35 extracted from iPhone assigned telephone number 813-947-0127 |
| 20E | | | | Image 41 extracted from iPhone assigned telephone number 813-947-0127 |
| 20F | | | | Image 647 extracted from iPhone assigned telephone number 813-947-0127 |
| 21A | | | | Facebook Account Information |
| 21B | | | | November 12 Facebook Post |
| 21C | | | | November 16 Facebook Post - Comment |
| 21D | | | | November 17 Facebook Posts – Comments |
| 21E | | | | November 17 Facebook Post – Image |
| 22 | | | | Telephone toll records for telephone number 813-947-0709 |
| 23 | | | | Tampa Bay Times Newspaper article from May 17, 2017 |
| 24.1 | | | | Clip #1 of November 2016 Interview |
| 24.1T | | | | Transcript of clip #1 November 2016 Interview |
| 24.2 | | | | Clip #2 of November 2016 Interview |
| 24.2T | | | | Transcript of clip #2 November 2016 Interview |
| 24.3 | | | | Clip #3 of November 2016 interview |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 24.3T | | | | Transcript of clip #3 of November 2016 interview |
| 25 | | | | Mail to Jason Springer dated July 23, 2017 |
| 26 | | | | Passport Application |
| 27 | | | | Certified documents from Middle District of Florida Case No. 8:13-cr-00396 (Barton) |
| 28 | | | | Hernando County Jail call log |
| 29 | | | | United States Department of State Country Reports excerpts |
| 30 | | | | Chart of inmate housing at Pinellas County Jail |
| 31 | | | | Photo of T. Anderson |
| 32 | | | | Photo of R. Barton |
| 33 | | | | Photo of D. Sleigh |
| 34 | | | | Photo of M. Taylor |
| 35 | | | | Photo of D. White |
| 101 | | | | Complete January 4, 2017 recorded jail call from Pinellas County Jail |
| 101T | | | | Transcript of complete January 4, 2017 recorded jail call from Pinellas County Jail |
| 102 | | | | Complete March 7, 2017 Interview |
| 102T | | | | Transcript of Complete March 7, 2017 Interview |
| 103 | | | | Complete November 2016 Interview |
| 103T | | | | Transcript of complete November 2016 Interview |
| 104 | | | | Extraction report for carved strings from iPhone assigned telephone number 813-947-0709 |