UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:17-cr-174-T-27MAP

JASON JEROME SPRINGER

## GOVERNMENT'S WITNESS LIST

The United States of America, by W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. Traveous Anderson
2. Phillip Antonio
3. Marc Cognetti
4. John Croft, or designee
5. Chasity Cross
6. Garrett Cross
7. Christine Cuttitta
8. Michael Donovan
9. Cliff Faulkingham
10. Othman Hargy
11. Nidal Jaber

12. Elizabeth Kovachevich

13. Edward Messina

14. Christine McCoy

15. Thomas Pietrowicz

16. Zachary Self

17. Demario Sleigh

18. Mark Stepp

19. William Tidwell

20. Michael Taylor

21. Brett Velicovich

22. Daniel White

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

    Respectfully submitted,

    W. STEPHEN MULDROW
    Acting United States Attorney

By:   */s/ Daniel George*
    DANIEL GEORGE
    Assistant United States Attorney
    United States Attorney No. 165
    400 North Tampa Street, Suite 3200
    Tampa, Florida 33602
    Phone No.: (813) 274-6000
    Fax No.: (813) 274-6103
    Email: daniel.george@usdoj.gov

U.S. v. JASON SPRINGER               Case No. 8:17-cr-174-T-27MAP

### CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record, Daniel Hernandez, Esq.

                                    */s/ Daniel George*
                                    DANIEL GEORGE
                                    Assistant United States Attorney
                                    United States Attorney No. 165
                                    400 North Tampa Street, Suite 3200
                                    Tampa, Florida 33602
                                    Phone No.:  (813) 274-6000
                                    Fax No.:     (813) 274-6103
                                    Email:  daniel.george@usdoj.gov