UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                    CASE NO. 8:17-cr-174-T-27MAP

JASON JEROME SPRINGER

## GOVERNMENT'S REQUESTED VOIR DIRE

The United States of America, by W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, hereby requests the Court to ask the following questions of the jury panel during jury selection.

                                              Respectfully submitted,

                                              W. STEPHEN MULDROW
                                              Acting United States Attorney

                    By:    */s/ Daniel George*
                           DANIEL GEORGE
                           Assistant United States Attorney
                           United States Attorney No. 165
                           400 North Tampa Street, Suite 3200
                           Tampa, Florida 33602
                           Phone No.:  (813) 274-6000
                           Fax No.:    (813) 274-6103
                           Email:   daniel.george@usdoj.gov

U.S. v. JASON SPRINGER            Case No. 8:17-cr-174-T-27MAP

### CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Daniel Hernandez, Esq.

　　　　　　　　　　　　　　　　　*/s/ Daniel George*
　　　　　　　　　　　　　　　　　DANIEL GEORGE
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　United States Attorney No. 165
　　　　　　　　　　　　　　　　　400 North Tampa Street, Suite 3200
　　　　　　　　　　　　　　　　　Tampa, Florida 33602
　　　　　　　　　　　　　　　　　Phone No.:  (813) 274-6000
　　　　　　　　　　　　　　　　　Fax No.:    (813) 274-6103
　　　　　　　　　　　　　　　　　Email:   daniel.george@usdoj.gov

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 1**

Please state your full name.

What is your occupation?   If you are retired or not currently working, please state what your last employment was.

Are you married?

Is your spouse employed?   If so, what type of work does he or she do?

Do you have any children of working age?

If so, how many and what type of work do they do?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 2**

Do any of you know me, Honorable Judge James D. Whittemore, or my staff?

Do any of you know the prosecutors, Assistant United States Attorneys, Daniel A. George, or Carlton Gammons, or the case agent, Deputy United States Marshal Zachary Self?

Do any of you know the Defendant, Jason Jerome Springer, or any members of his family?

Do any of you know attorney Daniel Hernandez?

Do any of you know any of the potential witnesses in this case? [Read names from Government's Witness List and Defendant's Witness List, if applicable.]

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 3**

Have you ever served on a jury before, either in state court or in federal court?

If so, when did you serve?   Where?

What type of case did you sit as a juror in?

Did the jury on which you served reach a verdict?

Was there anything about that experience you had as a juror which could, in any way, affect your ability to sit as a fair and impartial juror in this type of case and concerning these types of charges?

If you previously sat as a juror in a case, the law which you may have been told in that case may be different from the law that would relate to these criminal charges.   Can you assure the Court and both counsel that you will obey and follow the law as I instruct you, even if it is contrary to what you might have been told in the case(s) on which you previously sat as a juror?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 4**

Do you have any member of your family, close friend, or acquaintance who is involved in law enforcement, including state or federal police officers, sheriff's deputies, law enforcement agents, FBI, United States Marshal's Service or any state or other federal law enforcement agency?

If so, who do you know?   What does that person do?   What is the nature of your relationship to that person?

Could the fact that you have such a friend or relative in any way affect your ability to be a fair and impartial juror sitting in a criminal case and evaluating the testimony of law enforcement officers?

Does any member of the jury panel have any matter pending before the United States Attorney's Office in this district or any other district in which you are involved as a party, witness, or subject of some legal action?

If so, please explain what type of matter it is and what your involvement in it is.

5

# GOVERNMENT'S REQUESTED VOIR DIRE NO. 5

Have you, any member of your family, or close friend, ever been the victim of a crime?

If so, what happened?

When did this happen?

Was anyone charged or prosecuted as a result of that, to your knowledge?

If so, did you have to speak to police, appear in court, or give testimony in that regard?

Is there anything in that experience which could in any way possibly affect your ability to render a verdict in a criminal case which would be fair and impartial both to the defendant and to the United States?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 6**

Has any member of the jury panel ever served as a grand juror, either in state or federal court?

If so, when and where?

Is there anything in that experience which could in any way possibly affect your ability to render a verdict in this type of criminal case which would be fair and impartial both to the defendant and to the United States?

The law with respect to the burden of proof in grand jury proceedings is different from the law that would relate to these charges. Can you assure the Court and both counsel that you will obey and follow the law as I instruct you, even if it is contrary to what you might have been told in the case(s) on which you previously sat as a grand juror?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 7**

Has any member of the jury panel, or any family member, relative, or close personal friend or acquaintance of yours, ever been investigated by any federal, state, or local law enforcement agency?

If so, what was the subject of the investigation?   What was the outcome of the matter?

Have you or any family member, relative, or close friend ever been arrested, charged, or convicted of any crime?

If so, what was the crime?   What was the outcome of the case?

Would this experience in any way cause you to be unable to evaluate fairly and impartially the evidence and testimony of the witnesses who will testify on behalf of the United States?

8

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 8

Has anyone ever been a witness in <u>any</u> type of court or judicial proceeding?

If so, what type of proceeding did you give testimony in? Were you subject to cross-examination by attorneys for either side in that case or proceeding?

If your answer to any of these questions was yes, do you feel that your experience as a witness could in any way affect your ability to fairly and impartially evaluate the testimony of the witnesses who will testify in this case?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 9**

Does any member of the jury panel have any strong feelings or opinions concerning the United States government or, more specifically, the United States Attorney's Office, FBI, and United States Marshals Service, which might in any way affect your ability to be a fair and impartial juror in a case such as this?

Do any among you believe that law enforcement officers cannot be trusted to tell the truth, regardless of what a law enforcement officer might say?

10

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 10**

I anticipate that limited testimony and evidence in this case will concern the foreign terrorist organization known as ISIS.  Are there any members of the panel who, for whatever reason, are unable to hear such testimony or discuss such matter with other members of the jury?

Would being exposed to such testimony make you too uncomfortable to allow you to sit as a juror in this case?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 11**

The defendant is on trial for his actions as alleged in the indictment. No other person is on trial in this case.

Can you decide this case based upon the evidence offered and not allow your verdict to be affected by any evidence about any other person mentioned during the course of the trial or by your opinions about any of those other persons' actions?

To put it another way, can you promise the Court and counsel that you will not permit opinions you might have from the testimony and evidence you will hear as to what other persons did or did not do to alter or affect your verdict as to the actions and conduct of the defendant himself?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 12**

Do any among you believe that all people have a right to possess firearms, even if someone has previously been convicted of a crime?

13

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 13**

Do any among you believe that any or all people living in the United States are not subject to laws passed by state or federal governments?

Do any among you believe that any or all people living in the United States are not subject to the jurisdiction of state or federal courts?

Do any among you believe that the United States Government is illegitimate?

Do any among you belong to any organization that holds among its beliefs that citizens of this country should not be required to pay income taxes, or that the IRS should be abolished?

14

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 14**

Do any among you have any conscientious objection, religious belief, or other mental reservation such that you could not, in good faith and in good conscience, sit as a juror in this criminal case and return a verdict of guilty if you believed from all the evidence that the United States has proved its case beyond a reasonable doubt?

To put it another way, is there anyone here who feels that for any moral or religious reasons that he or she cannot sit in judgment of another human being?

Do any among you feel that you would be unable to follow the Court's instruction that in reaching your verdict in this case, you must not be influenced in any way by either sympathy or prejudice for or against either the defendant or the United States?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 15**

It is anticipated that you will hear the testimony of some alleged coconspirators who have entered into plea agreements with the United States. Such "plea bargaining," as it is called, provides for the possibility of a lesser sentence than such a person would normally face.   I will later instruct you that you should consider such testimony with caution, but plea bargaining is lawful and proper, and the rules of this Court expressly provide for it.   Is there anyone who could simply never believe the testimony of a co-conspirator?

In other words, is there anyone who is unwilling to fully and fairly evaluate the testimony of alleged co-conspirators merely because of the fact that the witness has entered into a plea agreement?