UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:17-cr-174-T-27MAP | **DATE:** August 21, 2017 |
| **HONORABLE JAMES D. WHITTEMORE** | **INTERPRETER:** N/A |
| | **LANGUAGE:** |
| UNITED STATES OF AMERICA<br><br>v.<br><br>**JASON JEROME SPRINGER** (Custody) | **GOVERNMENT'S COUNSEL:**<br>Daniel George, AUSA and<br>Carlton C. Gammons, AUSA<br><br>**DEFENDANT'S COUNSEL:**<br>Daniel M. Hernandez, CJA |
| **COURT REPORTER:** Sharon Miller | **COURTROOM:** 13B |
| **TIME:** 8:57 A.M. - 12:57 P.M. & 1:50 P.M. – 4:45 P.M. | **TOTAL:** 6 Hours, 55 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | |

**PROCEEDINGS: JURY SELECTION & TRIAL (DAY 1)**

8:57    Court in session.

   Defense Counsel is heard on Defendant's objection to the Government's introduction of evidence relating to ISIS.

   Government's Counsel is heard on the Government's motion *in limine* (Dkt. 55).

   For reasons stated on the record, the Court restricts the Government from making comments about or references to ISIS sympathy evidence until it is proffered to the Court outside the presence of the jury.

   The "Rule" is invoked.

9:17    37 prospective jurors are present in the courtroom for *voir dire* questioning.

~11:18 A.M. Comfort Break~

11:34    Sidebar discussions held.

   *Voir dire* questioning by both counsel.

12 jurors and 2 alternates are selected and sworn.

Jurors are excused for lunch until 2:00 P.M.

~ Lunch Break at 12:57 P.M. ~

1:50   Proceedings resume.

Government's Counsel is heard on proffer regarding ISIS evidence and threats allegedly made by the defendant.

For reasons stated on the record, the Court rules that it will allow this evidence.

2:33   Jurors re-enter courtroom. Court gives jury preliminary instructions.

Opening statements are made by counsel

Government moves into evidence the following MDFL certified public records: Exhibits 7A-F; 17; 22; 26; and 27.

2:58   Government's witness: Mark Stepp is called to the stand, sworn and testifies.
Direct examination. Admitted exhibits: 1; 2; 3; 4; 5A-F; 5G; and 6.
Cross examination. Witness is excused.

3:14   Government's witness: Clifford Henry Faulkingham, III is sworn and testifies. Direct examination. Admitted exhibits: 13; 14; and 28. Cross examination. Witness is excused.

~ Sidebar ~

3:28   Government's witness: Deputy U.S. Marshal Zachary Self is sworn and testifies. Witness identifies the defendant.   Admitted exhibits: 8; 9; 31; 32; 33; 34; and 35. Audiotapes played.

4:34   The Court excuses the jury for the evening and instructs them to return tomorrow, Tuesday, August 22, 2017, at 9:00 A.M. Court adjourned.